## THE STATE v. HARTY.

*Appeal from Polk District Court.*—HON. W. F. CONRAD, Judge.

FILED, OCTOBER 10, 1890.

THE defendant was tried and convicted upon a charge of keeping and maintaining a liquor nuisance, and he appeals.

No appearance for either party.

ROTHROCK, C. J.—This appeal has been submitted to this court upon a transcript of the indictment, and upon a copy of the record entry of the trial ; verdict of guilty and judgment. The transcript does not contain the evidence, nor the instructions of the court to the jury. No error appears upon the record, and the judgment is

AFFIRMED.